# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| DAVID EFREM KATZ,<br><br>Petitioner,<br><br>v.<br><br>BUREAU OF PRISONS,<br><br>Respondent. | Case No. 24-cv-4245 (LMP/ECW)<br><br>**ORDER ADOPTING<br>REPORT AND RECOMMENDATION** |

This matter is before the Court on the July 24, 2025 Report and Recommendation ("R&R") of United States Magistrate Judge Elizabeth Cowan Wright, which recommends denying Petitioner David Efrem Katz's habeas petition as moot. *See* ECF No. 25. No party objected to the R&R, *see* Fed. R. Civ. P. 72(b)(2), so the Court reviews the R&R for clear error, *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Discerning no clear error, the Court adopts the R&R in full.

## ORDER

Based upon all the files, records, and proceedings in this matter, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation (ECF No. 25) is **ADOPTED IN FULL**.

2. The Amended Petition (ECF No. 13) is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 11, 2025                              *s/Laura M. Provinzino*
                                                    Laura M. Provinzino
                                                    United States District Judge